**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John Allen NOBLES, Jr., Defendant–
Appellant.**

**No. 08–50001.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Jacqueline Chooljian, Esq., Michael J.
Raphael, Esq., USLA—Office of the U.S.
Attorney Criminal Division, Los Angeles,
CA, for Plaintiff–Appellee.

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

Christopher W. Dybwad, FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

## MEMORANDUM **

John Allen Nobles appeals from the seven-month sentence imposed upon revocation of supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Nobles' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.

By order filed August 21, 2008, counsel was advised that the court appeared to lack jurisdiction over the appeal because appellant has been released from prison without an additional term of supervised release. Counsel was ordered to move for voluntary dismissal or show cause why the appeal should not be dismissed. To date, counsel has not responded.

Because Nobles has been released from custody and is not subject to an additional term of supervised release, we dismiss the appeal as moot. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

Counsel's motion to withdraw is granted.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.